IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
                                  :       00CV718
                                  :
This Document Relates To:         :   CIVIL ACTION NO.  MDL 875
Bethlehem Steel Corp.
  Bankrupt Defendant
                                  :

      ALL ACTIONS                 :
 (See attached schedule
    for case list)                 :


## O R D E R   O F   D I S M I S S A L

DEFENDANT, Bethlehem Steel Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-25-02
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Date: 1/24/02

BY THE COURT

_____
Charles R. Weiner, Judge

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                    January 08, 20

Page: 1

Party Bethlehem Steel Corp. is named in the following 105 OPEN action(s).

| | | | | |
|---|---|---|---|---|
| 1244-PAM-1-2000-718; | 875-CAN-3-1992-2929; | 875-CAN-3-1992-2930; | 875-CAN-3-2000-4192; | 875-CAN-3-2001-2422; |
| 875-FLS-1-1999-1369; | 875-FLS-1-1999-1371; | 875-FLS-1-1999-1388; | 875-FLS-1-1999-1389; | 875-FLS-1-1999-1390; |
| 875-FLS-1-1999-1391; | 875-FLS-1-1999-1392; | 875-FLS-1-1999-1393; | 875-FLS-1-1999-1394; | 875-FLS-1-1999-1395; |
| 875-FLS-1-1999-1396; | 875-FLS-1-1999-1397; | 875-FLS-1-1999-1398; | 875-FLS-1-1999-1399; | 875-FLS-1-1999-1400; |
| 875-FLS-1-1999-1405; | 875-FLS-1-1999-1406; | 875-FLS-1-1999-1408; | 875-FLS-1-1999-1409; | 875-FLS-1-1999-1410; |
| 875-FLS-1-1999-1411; | 875-FLS-1-1999-1412; | 875-FLS-1-1999-1413; | 875-FLS-1-1999-1414; | 875-FLS-1-1999-1415; |
| 875-FLS-1-1999-1416; | 875-FLS-1-1999-1417; | 875-FLS-1-1999-1418; | 875-LAE-2-1991-2113; | 875-LAE-2-1999-2121; |
| 875-LAW-6-2000-1764; | 875-MA-1-1988-2050; | 875-MD-1-1988-2029; | 875-MD-1-1989-459; | 875-MD-1-1989-1997; |
| 875-MD-1-1990-911; | 875-MD-1-1991-2298; | 875-MD-1-1993-1552; | 875-MD-1-1994-1646; | 875-MN-4-1991-842; |
| 875-NV-2-2001-686; | 875-NYE-1-2000-4421; | 875-NYE-1-2000-4540; | 875-NYE-1-2000-4542; | 875-NYE-1-2000-5043; |
| 875-NYE-1-2000-5371; | 875-NYE-1-2000-5520; | 875-NYE-1-2000-5522; | 875-NYE-1-2000-5666; | 875-NYE-1-2000-5845; |
| 875-NYE-1-2000-5847; | 875-NYE-1-2000-5848; | 875-NYE-1-2000-5903; | 875-NYS-1-1990-5552; | 875-NYS-1-1992-2589; |
| 875-NYS-1-1993-4485; | 875-NYS-1-2001-871;● | 875-NYW-1-2001-870; | 875-NYW-1-2001-873; | 875-NYW-1-2001-892; |
| 875-OHN-1-1986-2970; | 875-OHN-1-1989-14895; | 875-OHN-1-1989-16308; | 875-OHN-1-1990-10525; | 875-OHN-1-1990-10739; |
| 875-OHN-1-1990-10797; | 875-OHN-1-1993-10345; | 875-OHN-1-1993-10515; | 875-OHN-1-1993-11007; | 875-OHN-1-1993-11557; |
| 875-OHN-1-1993-13282; | 875-OHN-1-1993-13560; | 875-OHN-1-1994-11378; | 875-OHN-1-1994-11560; | 875-OHN-1-1998-10609;● |
| 875-RI-1-1996-583; | 875-TXE-1-1996-100; | 875-TXE-1-1998-153; | 875-TXE-1-1998-212; | 875-TXE-1-1998-328; |
| 875-TXE-1-1998-371; | 875-TXE-1-1998-551; | 875-TXE-1-1998-577; | 875-TXE-1-1998-605; | 875-TXE-1-1998-643; |
| 875-TXE-1-1998-666; | 875-TXE-1-1998-676; | 875-TXE-1-1998-691; | 875-TXE-1-1998-723; | 875-TXE-1-1998-982; |
| 875-TXE-1-1998-993; | 875-TXE-1-1998-1037; | 875-TXE-1-1998-1049; | 875-TXE-1-1998-1053; | 875-TXS-3-1989-269; |
| 875-TXS-4-1996-2739; | 875-TXS-4-2001-3604; | 875-VI-1-1993-15; | 875-WAW-2-1995-631; | 875-WAW-2-1995-632 |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
       Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.

● Not yet transferred; awaiting assignment to a CTO.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-1797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1710840383 33